UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE EDUARDO CABRERA CASTRO,

*Petitioner*,

-*against*-

LADEON FRANCIS, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; *et al.*,

*Respondents*.

26-cv-01063 (ER)

ORDER

EDGARDO RAMOS, United States District Judge:

Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The

Court, having examined the Petition, and in its capacity as Part I Judge, determines that an

immediate order is necessary to preserve the Court's jurisdiction pending assignment of the case

to a judge of this Court.

Accordingly, in order to preserve the Court's jurisdiction pending a ruling on the Petition,

**Petitioner shall not be removed from the United States absent further order of this Court**.

*See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025)

(citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644, 2025

WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin

immigration authorities from deporting individuals if it preserves the court's jurisdiction over a

case or cases.").

Moreover, in light of Petitioner's interests in participating in further proceedings before

this Court and to facilitate resolution of the Petition, **Respondents shall not transfer Petitioner**

**except to a facility within this District, the Eastern District of New York, or the District of**

**New Jersey absent further order of this Court.**  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-

1

4828, 2025 WL 1908284, at \*2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at \*14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at \*8-9, \*11 (N.D. Cal. Sept. 18, 2025) (same).

This order will remain in effect unless and until it is vacated or modified by the judge who is assigned to this action.

### CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order.

SO ORDERED.

Dated:    February 6, 2026
          New York, New York

_____
EDGARDO RAMOS
United States District Judge

Part I

2