UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

JOSE EDUARDO CABRERA CASTRO,      :

                                       :

                    Petitioner,       :          26 Civ. 1063  (JHR)

                                       :

         -v-                       :          NOTICE OF
                                       :          <u>CONFERENCE</u>

LADEON FRANCIS et al.,          :

                                       :

                    Respondents.    :

                                       :
------------------------------------------------------------------------X

JENNIFER H. REARDEN, United States District Judge:

      Petitioner has filed a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Counsel for all parties shall appear for a conference with the Court on **February 11, 2026** at **11:00 a.m.**  The conference will be held remotely by telephone.  The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code **1189355 103**, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.

      Counsel should confer before the conference and file a joint letter, no later than **February 10, 2026** at **5:00 p.m.**, stating whether the conference is necessary and addressing how the Court should handle this Petition.  In the letter, Respondents should also address (1) whether Petitioner was, as the Petition alleges, located in the Southern District of New York at the time that the Petition was filed, *see* ECF No. 1, ¶ 1 ("Petitioner . . . is in the physical custody of Respondents at the Orange County Correctional Facility in Goshen, New York."); and (2) whether, if Respondents assert that Petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from *Weng v. Genalo*, No. 25 Civ. 9595 (JHR), 2026 WL 194248 (S.D.N.Y. Jan. 25, 2026) (and, if not, whether Petitioner would consent to denial of the writ—subject to preservation of Petitioner's arguments for appeal).[1]  If counsel do not believe a conference is required, and that briefing is appropriate, counsel should propose a briefing schedule in the joint letter.

      All counsel are required to register promptly as filing users on ECF.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jennifer-h-rearden.**  Absent leave of Court obtained by letter-

---

[1]    If Respondents believe that Petitioner was *not* in the Southern District of New York at the time the Petition was filed, then the parties should confer and state in the joint letter whether the Court should order immediate transfer to the District in which Petitioner was located at the time of filing.  *See, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025).

motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

If this case has been settled or otherwise terminated, counsel are not required to file the aforementioned letter or appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**No later than 10:00 p.m. today, February 9, 2026, Petitioner's counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by overnight mail, and (2) promptly file proof of such service on the docket.** Counsel for Respondents shall promptly enter notices of appearance.

SO ORDERED.

Dated: February 9, 2026
      New York, New York

_____
      JENNIFER H. REARDEN
      United States District Judge