UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE EDUARDO CABRERA CASTRO,

                Petitioner,

         -v.-

LADEON FRANCIS et al.,

                Respondents.

26 Civ. 01063 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

By **May 7, 2026**, Respondents shall explain how the Second Circuit's recent decision in

*Cunha v. Freden*, No. 25-3141-pr (2d Cir. Apr. 28, 2026), ECF No. 78, affects this case, if at all,

and propose next steps in this matter.  Petitioner may respond, if he wishes, by **May 14, 2026**.

    SO ORDERED.

Dated: April 29, 2026
       New York, New York

                                      _____
                                      JENNIFER H. REARDEN
                                      United States District Judge