**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE EDUARDO CABRERA CASTRO,

                                 Petitioner,                  26 **CIVIL** 1063 (JHR)

          -against-                               **JUDGMENT**

LADEON FRANCIS et al.,

                                 Respondents.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated May 13, 2026, the Amended

Petition is GRANTED.

**DATED:** New York, New York
             May 14, 2026

                              **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

                **BY:**

                            _____
                                   **Deputy Clerk**